United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON MORENO MARTINEZ, | § § | CIVIL ACTION NUMBER 4:26-cv-01673 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| TODD M. LYONS, *et al*, Respondents. | § § § | |

ORDER

It is ORDERED that the Clerk will email the Order at Dkt 4 and the petition for writ of *habeas corpus* to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on March 3, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge